HARVEY R. OAKLANDER, Respondent, v. SODIKOFF CONTRACTING CO., INC., Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Latham, JJ., concur.

THOMAS F. O'BRIEN et al., Respondents, v. RALPH ROSENTHAL et al., Appellants.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.